

NUMBER 13-14-00310-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GRAY, RITTER & GRAHAM, PC; WOLF    Appellants,
HALDENSTEIN ADLER FREEMAN &
HERZ, LLC; NEBLETT BEARD &
ARSENAULT, LLP; DON M. DOWNING;
AND ADAM J. LEVITT,

v.

GOLDMAN PHIPPS PLLC F/K/A
GOLDMAN PENNEBAKER & PHIPPS,
PC; MIKAL C. WATTS, PC; AND
MURRAY LAW FIRM,

             Appellees.

On Appellants' Emergency Motion to
Stay All Proceedings in the Underlying Lawsuit.

# ORDER

## Before Chief Justice Valdez and Justices Garza and Longoria
## Order Per Curiam

Appellants Gray, Ritter & Graham, PC, Wolf Haldenstein Adler Freeman & Herz, LLC, Neblett Beard & Arsenault, LLP, Don M. Downing, and Adam J. Levitt perfected an interlocutory appeal from an order rendered by the County Court at Law Number 3 of Nueces County, Texas, in trial court cause number 2012-CCV-62122-3, denying appellants' special appearance. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7) (West, Westlaw through 2013 3d C.S.) (authorizing interlocutory appeal of order granting or denying special appearance). Appellants have filed an "Emergency Motion to Stay All Proceedings in the Underlying Lawsuit" during the pendency of the appeal. Appellees Goldman Phipps PLLC f/k/a Goldman Pennebaker & Phipps, PC, Mikal C. Watts, PC, and Murray Law Firm filed a response to the motion.

Having reviewed appellants' motion and appellees' response, we hereby GRANT the motion in part and DENY it in part. We order all proceedings in trial court cause number 2012-CCV-62122-3 STAYED until further order of this Court, EXCEPT that the stay shall not apply to discovery requests propounded upon any party that is not named as an appellant in this appeal. Any such discovery requests shall proceed during the pendency of this appeal according to the Texas Rules of Civil Procedure.

IT IS SO ORDERED.


PER CURIAM

Order delivered and filed the
25th day of September, 2014.


2